DAVID R. JURY [*pro hac vice* application pending]
djury@usw.org
KATHARINE SHAW [*pro hac vice* application pending]
kshaw@usw.org
**UNITED STEELWORKERS**
60 Boulevard of the Allies, Room 807
Pittsburgh, Pennsylvania 15222
Tel:         (412) 562-2545
Fax:         (412) 562-2574

JAY SMITH (SBN 166105)
js@gslaw.org
RYAN M. SPILLERS (SBN 240335)
rspillers@gslaw.org
MICHAEL D. WEINER (SBN 240155)
mweiner@gslaw.org
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
Tel:         (323) 938-3000
Fax:         (323) 937-9139

*Attorneys for Proposed Intervenor USW*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California not-for-profit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE CALIFORNIA OCCUPATIONAL HEALTH AND SAFETY STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their official capacities, and THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, together with its Director, MARK GHILARDUCCI, in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-01270-JAM-DB<br><br>**UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE AS DEFENDANT**<br><br>[FRCP 24]<br><br>[Memorandum in Support of Motion filed concurrently]<br><br>Date:　　　November 5, 2019<br>Time:　　　1:30 p.m.<br>Location:　Courtroom 6<br><br>Hon. John A. Mendez |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 1:30 p.m. on November 5, 2019, before Hon. John A. Mendez of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("USW") will move, and hereby so moves the Court, pursuant to Federal Rule of Civil Procedure 24, for leave to intervene as a defendant as of right, and in the alternative, for permissive intervention. USW further moves that its [Proposed] Answer to Plaintiff's Complaint for Declaratory and Injunctive Relief be deemed filed.

This motion is based on this Notice of Motion and Motion, the attached [Proposed] Order, the attached Declaration of Kim Nibarger in Support of Motion for Leave to Intervene, with attached Exhibit A, and the attached [Proposed] Answer to Plaintiff's Complaint for Declaratory and Injunctive Relief. USW's Memorandum in Support of Motion for Leave to Intervene is filed concurrently herewith. This motion is also based on the pleadings and papers already filed with the Court, matters of which the Court may take judicial notice, and upon any such oral argument and evidence presented at the hearing on this motion as the Court may wish to consider.

This motion is made following the conference of counsel pursuant to the Court's standing order which took place on September 16, 2019.

DATED:  September 26, 2019            Respectfully submitted,

**GILBERT & SACKMAN
A LAW CORPORATION**

By  /s/ Michael D. Weiner

*Attorneys for Proposed Intervenor USW*