1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   STEPAN A. HAYTAYAN, State Bar No. 205457
    Supervising Deputy Attorney General
3   JONATHAN M. EISENBERG, State Bar No. 184162
    Deputy Attorney General
4     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013
5     Telephone:  (213) 269-6246
      Fax:  (916) 731-2124
6     E-mail:  Jonathan.Eisenberg@doj.ca.gov
    *Attorneys for Defendants California Occupational*
7   *Safety and Health Standards Board, together with*
    *Board Members David Thomas, Chris Laszcz-Davis,*
8   *Laura Stock, Barbara Burgel, David Harrison, and*
    *Nola J. Kennedy, in their official capacities; and*
9   *California Governor's Office of Emergency*
    *Services, together with OES Director Mark*
10  *Ghilarducci, in his official capacity*

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                    SACRAMENTO COURTHOUSE

14

15
    **WESTERN STATES PETROLEUM**          Case No. 2:19-cv-01270
16  **ASSOCIATION, A CALIFORNIA NOT-FOR-**
    **PROFIT CORPORATION,**               **STATEMENT OF NON-OPPOSITION**
17                                        **TO INTERVENTION MOTION OF**
                                          **UNITED STEEL, PAPER AND**
                           Plaintiff,     **FORESTRY, RUBBER,**
18                                        **MANUFACTURING, ENERGY, ALLIED**
                                          **INDUSTRIAL AND SERVICE**
        v.                                **WORKERS INTERNATIONAL UNION,**
19                                        **AFL-CIO, CLC**

20  **CALIFORNIA OCCUPATIONAL SAFETY**
    **AND HEALTH STANDARDS BOARD,**
21  **TOGETHER WITH BOARD MEMBERS DAVID**
    **THOMAS, CHRIS LASZCZ-DAVIS,**
22  **LAURA STOCK, BARBARA BURGEL,**
    **DAVID HARRISON, AND NOLA J.**
23  **KENNEDY, IN THEIR OFFICIAL CAPACITIES,**
    **AND CALIFORNIA GOVERNOR'S**
24  **OFFICE OF EMERGENCY SERVICES,**
    **TOGETHER WITH OES DIRECTOR MARK**
25  **GHILARDUCCI, IN HIS OFFICIAL CAPACITY,**

26                         Defendants.

27

28      Defendants California Occupational Safety and Health Standards Board (the "Board"), as

                                    1

1    well as Board Members David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David

2    Harrison, Nola J. Kennedy, sued in their official capacities, and the California Governor's Office

3    of Emergency Services ("OES"), as well as OES Director Mark Ghilarducci, sued in his official

4    capacity, take no position on the September 26, 2019, motion of United Steel, Paper and Forestry,

5    Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union,

6    AFL-CIO, CLC, to intervene in the above-entitled case.

7    Dated:  October 25, 2019                     Respectfully submitted,

8                                                 XAVIER BECERRA
                                                  Attorney General of California
9                                                 STEPAN A. HAYTAYAN
                                                  Supervising Deputy Attorney General
10

11

12                                               */s/ Jonathan M. Eisenberg*
                                                 _____
13                                               JONATHAN M. EISENBERG
                                                 Deputy Attorney General
14                                               *Attorneys for Defendants California*
                                                 *Occupational Safety and Health Standards*
15                                               *Board, together with Board Members David*
                                                 *Thomas, Chris Laszcz-Davis, Laura Stock,*
16                                               *Barbara Burgel, David Harrison, and Nola*
                                                 *J. Kennedy, in their official capacities; and*
17                                               *California Governor's Office of Emergency*
                                                 *Services, together with OES Director Mark*
                                                 *Ghilarducci, in his official capacity*
18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF NON-OPPOSITION TO USW INTERVENTION MOTION (Case No. 2:19-cv-01270)