# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| Western States Petroleum Association ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-01270-JAM-DB |
| The Cal. Occup. Health & Safety Standards Brd, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor United Steelworkers                                    .

Date:   11/11/2019

/s/ Jay Smith
*Attorney's signature*

Jay Smith (SBN 166105)
*Printed name and bar number*

Gilbert & Sackman
A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
*Address*

js@gslaw.org
*E-mail address*

(323) 938-3000
*Telephone number*

(323) 937-9139
*FAX number*