1   XAVIER BECERRA
    Attorney General of California
2   MARK R. BECKINGTON
    Supervising Deputy Attorney General
3   JONATHAN M. EISENBERG
    Deputy Attorney General
4   State Bar No. 184162
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 269-6246
6     Fax:  (916) 731-2124
      E-mail:  Jonathan.Eisenberg@doj.ca.gov
7   *Attorneys for Defendants California Occupational Safety*
    *and Health Standards Board; David Thomas; Chris Laszcz-*
8   *Davis; Laura Stock; Barbara Burgel; David Harrison; Nola*
    *Kennedy; California Governor's Office of Emergency*
9   *Services; Mark Ghilarducci*

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  **WESTERN STATES PETROLEUM ASSOCIATION, A CALIFORNIA NOT-for-profit CORPORATION,** | Case No. 19-cv-01270-JAM-DB |
| 14 | **STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| 15                        Plaintiffs, | |
| 16        v. | |
| 17  **THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, TOGETHER WITH ITS MEMBERS, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, AND NOLA J. KENNEDY, IN THEIR OFFICIAL CAPACITIES, AND THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, TOGETHER WITH ITS DIRECTOR, MARK GHILARDUCCI, IN HIS OFFICIAL capacity,** | Judge:          Hon. John A. Mendez  Trial Date:    Not Set Yet  Action Filed:  July 9, 2019 |
| 23                        Defendants. | |
| 25  **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,** | |
| 27                        Intervenor. | |

28

1    Whereas, on February 14, 2020, Plaintiff Western States Petroleum Association;

2    Defendants California Safety and Health Standards Board (the "Board"), David Thomas, Chris

3    Laszcz-Davis, Laura Stock, David Burgel, David Harrison, Nola Kennedy, California Office of

4    Emergency Services ("OES"), and Mark Ghilarducci; and Intervenor United Steel, Paper and

5    Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International

6    Union, AFL-CIO, CLC, submitted a joint status report to this Court stating, *inter alia*, that "[t]he

7    parties anticipate filing cross motions for summary judgment and agree that a briefing schedule

8    for cross motions for summary judgment should be set by the Court now, with opening briefs due

9    in approximately five months," and the parties proposed the following schedule:  "opening briefs

10    due by July 29, 2020; opposition briefs due by September 2, 2020; and reply briefs due by

11    September 30, 2020."  (Dkt. No. 24.)

12    Whereas, in the February 14 joint status report the parties herein advised the Court that the

13    "California Division of Occupational Safety and Health ('DOSH') [a non-party] and [OES] are

14    currently in the process of considering pursuing proposals to amend or to revisit the regulations at

15    issue in this lawsuit, and DOSH and/or OES may pursue initiating a public process that may lead

16    to amendments or changes to the regulations," and the parties further stated that "[s]hould DOSH

17    or OES formally institute a process to modify or amend the regulations at issue in this case, the

18    parties may seek to adjust or suspend the briefing schedule on motions for summary judgment

19    and other motions."  (Dkt. No. 24.)

20    Whereas, on February 28, 2020, the Court ordered "that this matter is to proceed via cross

21    motions for summary judgement" and adopted the briefing schedule provided in the February 14

22    joint status report and scheduled hearing on the motions for October 27, 2020.  (Dkt No. 25.)

23    Whereas, on March 4, 2020, for the first time, California Governor Gavin Newsom

24    declared a state of emergency in the State of California because of the threat of the COVID-19

25    virus;

26    Whereas, since then, OES, including Defendant OES Director Mark Ghilarducci, represents

27    that it has been focused on responding to the COVID-19 pandemic, and has been negatively

28    affected in its ability to devote attention, time, and other resources to this case;

Stipulation Re:  Case Schedule

1    Whereas, in addition, the other Defendants represent that they have been affected by

2  responding to the COVID-19 pandemic and have been negatively affected in their ability to

3  devote attention, time, and other resources to this case;

4    Whereas, on April 14, 2020, DOSH submitted Cal/OSHA Form 9s to Defendant

5  Occupational Safety and Health Standards Board (the "Board") and formally requested that

6  changes or modifications be made to the "CalPSM" regulations that are at issue in this lawsuit.

7  The submission of the Form 9s begins a public process that may lead to amendments to or

8  modifications of the CalPSM regulations, which, depending on their ultimate content, may

9  ultimately have a material impact on the course of this litigation.

10    Whereas, Defendants represent that before the COVID-19 pandemic, OES had drafted

11  (still-confidential) amendments to the "CalARP" regulations at issue in this lawsuit.  OES still

12  needs to prepare and to submit a complete rulemaking package to the California Office of

13  Administrative Law.  The submission of the rulemaking package will begin a public process that

14  may lead to amendments or modifications of the CalARP regulations.  Depending on their

15  ultimate content, any such amendments or modifications may ultimately have a material impact

16  on the course of this litigation.  Defendants represent that responding to the COVID-19 pandemic

17  has prevented OES from completing that rulemaking package, but intend to complete the

18  rulemaking package as expeditiously as circumstances will allow.

19    Whereas, to allow the public process of amending the CalPSM regulations to proceed and

20  to provide OES additional time to complete the rulemaking package for the CalARP regulations,

21  and to allow the parties to avoid the unnecessary expense involved in preparing summary

22  judgment briefs on regulations that may be materially revised in the future, the parties agree that

23  the current briefing and hearing schedule on the cross-motions for summary judgment should be

24  extended by three months.

25    It is hereby stipulated and agreed among Plaintiff Western States Petroleum Association;

26  Defendants California Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis,

27  Laura Stock, David Burgel, David Harrison, Nola Kennedy, California Office of Emergency

28  Services, and Mark Ghilarducci; and Intervenor United Steel, Paper and Forestry, Rubber,

Stipulation Re:  Case Schedule

1    Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO,

2    CLC, that, subject to approval from this Court, the briefing and hearing schedule on the cross-

3    motions for summary judgment shall be continued as follows:

4         October 30, 2020, opening briefs to be filed;

5         December 3, 2020, opposition briefs to be filed;

6         December 24, 2020, reply briefs to be filed;

7         January 26, 2021, oral hearing.

8         It is so STIPULATED

9    Dated:  June 30, 2020                              Respectfully submitted,

10                                                      XAVIER BECERRA
                                                        Attorney General of California
11                                                      MARK R. BECKINGTON
                                                        Supervising Deputy Attorney General
12

13

14                                                      /s/ Jonathan M. Eisenberg
                                                        _____
15                                                      JONATHAN M. EISENBERG
                                                        Deputy Attorney General
16                                                      Attorneys for Defendants California
                                                        Occupational Safety and Health Standards
17                                                      Board; David Thomas; Chris Laszcz-Davis;
                                                        Laura Stock; Barbara Burgel; David
18                                                      Harrison; Nola Kennedy; California
                                                        Governor's Office of Emergency Services;
19                                                      Mark Ghilarducci

20   Dated:  June 30, 2020                              GIBSON, DUNN & CRUTCHER LLP

21

22                                                      /s/ Joshua K. Dick (permission given to JME)
                                                        _____
23                                                      JOSHUA K. DICK
                                                        Attorneys for Plaintiff Western States
24                                                      Petroleum Association

25

26

27

28

4                                    Stipulation Re:  Case Schedule

1  Dated:  June 30, 2020                    GILBERT & SACKMAN

2

3                                           */s/ Michael D. Weiner (permission given to
                                            JME)*
4                                           _____
                                            MICHAEL D. WEINER
5                                           *Attorneys for Intervenor United Steel, Paper
                                            and Forestry, Rubber, Manufacturing,*
6                                           *Energy, Allied Industrial, and Service
                                            Workers International Union, AFL-CIO,*
7                                           *CLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re:  Case Schedule

1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JONATHAN M. EISENBERG
   Deputy Attorney General
4  State Bar No. 184162
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6246
6    Fax:  (916) 731-2124
     E-mail:  Jonathan.Eisenberg@doj.ca.gov
7  *Attorneys for Defendants California Occupational Safety*
   *and Health Standards Board; David Thomas; Chris Laszcz-*
8  *Davis; Laura Stock; Barbara Burgel; David Harrison; Nola*
   *Kennedy; California Governor's Office of Emergency*
9  *Services; Mark Ghilarduccit*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  **WESTERN STATES PETROLEUM**          Case No. 19-cv-01270-JAM-DB
    **ASSOCIATION, A CALIFORNIA NOT-FOR-**
14  **PROFIT CORPORATION,**               [~~PROPOSED~~] ORDER GRANTING
                                          STIPULATION TO CONTINUE
15                          Plaintiffs,   BRIEFING AND HEARING SCHEDULE
                                          ON CROSS-MOTIONS FOR SUMMARY
16          v.                            JUDGMENT

17  **THE CALIFORNIA OCCUPATIONAL**       Judge:        Hon. John A. Mendez
    **SAFETY AND HEALTH STANDARDS**       Trial Date:   Not Set Yet
18  **BOARD, TOGETHER WITH ITS MEMBERS,** Action Filed: July 9, 2019
    **DAVID THOMAS, CHRIS LASZCZ-DAVIS,**
19  **LAURA STOCK, BARBARA BURGEL,**
    **DAVID HARRISON, AND NOLA J.**
20  **KENNEDY, IN THEIR OFFICIAL CAPACITIES,**
    **AND THE CALIFORNIA GOVERNOR'S**
21  **OFFICE OF EMERGENCY SERVICES,**
    **TOGETHER WITH ITS DIRECTOR, MARK**
22  **GHILARDUCCI, IN HIS OFFICIAL CAPACITY,**

23                          Defendants.

24

25  **UNITED STEEL, PAPER AND**
    **FORESTRY, RUBBER,**
26  **MANUFACTURING, ENERGY, ALLIED**
    **INDUSTRIAL AND SERVICE WORKERS**
27  **INTERNATIONAL UNION,**

28                          Intervenor.

                              1
                                          Proposed Order on Case Schedule

1    The Court has received, read, and considered the stipulation to continue part of the case

2   schedule submitted by and signed by counsel of record for Plaintiffs Western States Petroleum

3   Association; Defendants California Safety and Health Standards Board, David Thomas, Chris

4   Laszcz-Davis, Laura Stock, David Burgel, David Harrison, Nola Kennedy, California Office of

5   Emergency Services, and Mark Ghilarducci; and Intervenor United Steel, Paper and Forestry,

6   Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union,

7   AFL-CIO, CLC.

8    For good cause shown, the Court continues the briefing and hearing schedule for the cross-

9   motions for summary judgment as follows:

10    October 30, 2020, cross-motions for summary judgment to be filed;

11    December 3, 2020, opposition briefs to be filed;

12    December 24, 2020, reply briefs to be filed;

13    January 26, 2021 at 1:30 p.m. oral hearing.

14    It is so ORDERED.

15

16   Dated:  July 1, 2020                                    /s/ John A. Mendez_____

17                                                                       U.S. District Court Judge

18

19

20

21

22

23

24

25

26

27

28

Proposed Order on Case Schedule