1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JONATHAN M. EISENBERG
   Deputy Attorney General
4  State Bar No. 184162
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6246
6    Fax:  (916) 731-2124
     E-mail:  Jonathan.Eisenberg@doj.ca.gov
7  *Attorneys for Defendants California Occupational Safety
   and Health Standards Board; David Thomas; Chris Laszcz-*
8  *Davis; Laura Stock; Barbara Burgel; David Harrison; Nola*
   *Kennedy; California Governor's Office of Emergency*
9  *Services; Mark Ghilarduccit*

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  | WESTERN STATES PETROLEUM ASSOCIATION, A CALIFORNIA NOT-FOR-PROFIT CORPORATION, | Case No. 19-cv-01270-JAM-DB |
|---|---|
|  | **ORDER GRANTING SECOND STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | |
| THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, TOGETHER WITH ITS MEMBERS, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, AND NOLA J. KENNEDY, IN THEIR OFFICIAL CAPACITIES, AND THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, TOGETHER WITH ITS DIRECTOR, MARK GHILARDUCCI, IN HIS OFFICIAL CAPACITY, | Judge:         Hon. John A. Mendez<br>Trial Date:    Not Set Yet<br>Action Filed:  July 9, 2019 |
| Defendants. | |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, | |
| Intervenor. | |

1  The Court has received, read, and considered the second stipulation to continue part of the case schedule herein, submitted by and signed by counsel of record for Plaintiffs Western States Petroleum Association; Defendants California Occupational Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David Harrison, Nola Kennedy, California Office of Emergency Services, and Mark Ghilarducci; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO, CLC.

For good cause shown, the Court continues the briefing and hearing schedule for the cross-motions for summary judgment as follows:

April 30, 2021, opening briefs to be filed;

June 3, 2021, opposition briefs to be filed;

July 1, 2021, reply briefs to be filed;

September 24, 2021, oral hearing.

It is so ORDERED.

DATED: October 22, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE