MATTHEW RODRIQUEZ
Acting Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE
Deputy Attorney General
State Bar No. 238485
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendants California Occupational Safety and Health Standards Board; David Thomas; Chris Laszcz-Davis; Laura Stock; Barbara Burgel; David Harrison; Nola Kennedy; California Governor's Office of Emergency Services; Mark Ghilarducci*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their Official Capacities, and THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, together with its Director, MARK GHILARDUCCI, in his official capacity,<br><br>Defendants.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>Intervenor. | Case No. 19-cv-01270-JAM-DB<br><br>**ORDER GRANTING THIRD STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:      Hon. John A. Mendez<br>Trial Date:   Not Set Yet<br>Action Filed:  July 9, 2019 |

1  The Court has received, read, and considered the third stipulation to continue part of the case schedule herein, submitted by and signed by counsel of record for Plaintiff Western States Petroleum Association; Defendants California Occupational Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David Harrison, Nola Kennedy, California Governor's Office of Emergency Services, and Mark Ghilarducci; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO, CLC.

For good cause shown, the Court continues the briefing and hearing schedule for the cross-motions for summary judgment as follows:

October 22, 2021, opening briefs to be filed;

November 22, 2021, opposition briefs to be filed;

December 20, 2021, reply briefs to be filed;

Oral hearing to be set for January 11, 2022 at 1:30 PM.

It is so ORDERED.

DATED: April 5, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE