IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their Official Capacities, and THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, together with its Director, MARK GHILARDUCCI, in his official capacity,<br><br>Defendants. | Case No. 19-cv-01270-JAM-DB<br><br>**ORDER SUBSTITUTING DEFENDANTS** |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>Intervenor. | |

On July 22, 2021, Governor Newsom signed Assembly Bill No. 148 (2021-2022 Reg. Sess.), California's budget trailer bill, which transferred state administration of the California Accidental Release Prevention (CalARP) regulations from Defendant California Office of Emergency Services to the California Environmental Protection Agency, effective immediately. Having received, read, and considered the joint stipulation of Plaintiff Western States Petroleum Association; Defendants California Occupational Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David Harrison, Nola Kennedy, California Office of Emergency Services, and Mark Ghilarducci; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO, CLC, the Court orders that the California Environmental Protection Agency and its Secretary, Jared Blumenfeld, are substituted in as defendants in this action in place of the California Office of Emergency Services and its Director, Mark Ghilarducci.

It is so ORDERED.

Dated:  September 23, 2021         /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE