Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
R. Matthew Wise
Deputy Attorney General
State Bar No. 238485
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax:  (916) 324-8835
  E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for Defendants California Occupational Safety and Health Standards Board; David Thomas; Chris Laszcz-Davis; Laura Stock; Barbara Burgel; David Harrison; Nola Kennedy; California Environmental Protection Agency; Jared Blumenfeld*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their Official Capacities, and THE CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, together with its Director, JARED BLUMENFELD in his official capacity,<br><br>Defendants.<br><br>UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>Intervenor. | Case No. 19-cv-01270-JAM-DB<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:         Hon. John A. Mendez<br>Trial Date:   Not Set Yet<br>Action Filed: July 9, 2019 |

The Court has received, read, and considered the joint stipulation to extend the case schedule in the above-captioned case, submitted by and signed by counsel of record for Plaintiff Western States Petroleum Association; Defendants California Occupational Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David Harrison, Nola Kennedy, California Environmental Protection Agency, and Jared Blumenfeld; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO, CLC.

For good cause shown, the Court extends the briefing and hearing schedule for the parties' cross-motions for summary judgment by six months as follows:

1. April 22, 2022, for opening briefs to be filed;
2. May 20, 2022, for opposition briefs to be filed;
3. June 21, 2022, for reply briefs to be filed;
4. July 12, 2022 at 1:30 PM, for the oral hearing.

It is so ORDERED.

DATED: September 27, 2021        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE