1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE
Supervising Deputy Attorney General
State Bar No. 238485
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone:  (916) 210-6046
   Fax:  (916) 324-8835
   E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for Defendants California Occupational Safety
and Health Standards Board; David Thomas; Chris Laszcz-
Davis; Laura Stock; Barbara Burgel; David Harrison; Nola
Kennedy; California Environmental Protection Agency;
Jared Blumenfeld*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation,<br><br>                                        Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their Official Capacities, and THE CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, together with its Director, JARED BLUMENFELD in his official capacity,<br><br>                                        Defendants. | Case No. 19-cv-01270-JAM-DB<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:          Hon. John A. Mendez<br>Trial Date:    Not Set Yet<br>Action Filed:  July 9, 2019 |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>                                        Intervenor. | |

1

2

3     The Court has received, read, and considered the joint stipulation to extend the case

4 schedule in the above-captioned case, submitted by and signed by counsel of record for Plaintiff

5 Western States Petroleum Association; Defendants California Occupational Safety and Health

6 Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David

7 Harrison, Nola Kennedy, California Environmental Protection Agency, and Jared Blumenfeld;

8 and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied

9 Industrial, and Service Workers International Union, AFL-CIO, CLC.

     For good cause shown, the Court extends the briefing and hearing schedule for the parties'

10 cross-motions for summary judgment by approximately nine months as follows:

11     1.   February 3, 2023, for opening briefs to be filed;

12     2.   March 3, 2023, for opposition briefs to be filed;

13     3.   April 4, 2023, for reply briefs to be filed;

14     4.   April 25, 2023, for the oral hearing.

15

16

17 It is so ORDERED.

18

19 DATED:  February 14, 2022                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
20                                            UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28