ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
RYAN R. DAVIS
Deputy Attorney General
State Bar No. 266330
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6050
  Fax: (916) 324-8835
  E-mail: Ryan.Davis@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, NOLA J. KENNEDY, and KATHLEEN CRAWFORD, in their Official Capacities, and THE CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, together with its Secretary, YANA GARCIA, in her official capacity,[1]<br><br>                Defendants. | Case No. 19-cv-01270-JAM-DB<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:        Hon. John A. Mendez<br>Trial Date:   Not Set Yet<br>Action Filed: July 9, 2019 |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>                Intervenor. | |

---

[1] The parties' names have been modified to include Kathleen Crawford as a member of the California Occupational Safety and Health Standards Board, and to replace Jared Blumenfeld with Yana Garcia as the Secretary of the California Environmental Protection Agency. These substitutions should be automatically made pursuant to Federal Rule of Civil Procedure 25(d).

WHEREAS, on February 15, 2022, the Court ordered this matter to proceed via cross motions for summary judgement with the opening briefs to be filed no later than February 3, 2023.

WHEREAS, previously, on April 14, 2020, California Department of Industrial Relations, Division of Occupational Safety and Health ("DOSH"), submitted Requests for New, or Change in Existing, Safety Order ("Form 9s") to the Defendant California Occupational Safety and Health Standards Board ("Standards Board"), which requested that changes or modifications be made to the California Process Safety Management ("CalPSM") regulations that are at issue in this lawsuit.

WHEREAS, also previously, on May 22, 2020, Plaintiff Western States Petroleum Association ("WSPA") separately submitted a Petition to the Standards Board proposing certain amendments to the CalPSM regulations.

WHEREAS, also previously, on January 26, 2021, Defendant California Governor's Office of Emergency Services ("Cal OES") submitted proposed amendments to the California Accidental Release Prevention ("CalARP") regulations at issue in this lawsuit to the Office of Administrative Law ("OAL"), and public notice of those proposed amendments was published by OAL on February 5, 2021.

WHEREAS, also previously, at its March 18, 2021 meeting, the Standards Board voted to proceed in considering the DOSH Form 9s, as well as certain amendments proposed by Plaintiff WSPA in its Petition. The Standards Board's decision to consider the Form 9s and Plaintiff's Petition began a public process that may lead to amendments to or modifications of the CalPSM regulations, which, depending on their ultimate content, may ultimately have a material impact on the course of this litigation. As part of that public process, all parties involved in this litigation participated in advisory committee meetings held on July 27 and 28, 2021. At the conclusion of those advisory committee meetings, it was determined that one or more additional meetings would be required to further discuss possible amendments to or modifications of the CalPSM regulations.

1        WHEREAS, also previously, Assembly Bill No. 148 (2021-2022 Reg. Sess.), California's
2   budget trailer bill approved on July 22, 2021, transferred state administration of the CalARP
3   regulations from Cal OES to the California Environmental Protection Agency ("CalEPA"),
4   effective immediately.  As a result, Cal OES withdrew the CalARP regulatory package submitted
5   to OAL, and CalEPA will review whether a new regulatory package should be submitted.
6   Depending on their ultimate content and subsequent adoption, any amendments or modifications
7   to the CalARP regulations may ultimately have a material impact on the course of this litigation.
8        WHEREAS, on February 15, 2022, the Court granted the parties' joint stipulation to
9   extend the briefing schedule and hearing on the cross-motions for summary judgment because the
10  CalPSM and CalARP regulations at issue in this litigation were under review, with opening briefs
11  to be filed by February 3, 2023.
12       WHEREAS, after CalEPA had an opportunity to conduct its initial review of the CalARP
13  regulations and the issues presented in this litigation, staff at both DOSH and CalEPA continued
14  reviewing the appropriateness of possible amendments to or modifications of the CalPSM and
15  CalARP regulations.  Staff at DOSH and CalEPA have remained in communication in an effort to
16  ensure consistency between the regulatory schemes, and have also communicated their views
17  concerning the appropriateness of possible amendments to or modifications of the CalPSM and
18  CalARP regulations with Plaintiff WSPA.  Staff at the Standards Board is planning another
19  advisory committee meeting to take place in March, 2023.
20       WHEREAS, both the CalPSM and CalARP regulations at issue in this litigation are still
21  currently under review and are subject to possible change.
22       WHEREAS, the parties believe it is in the interest of judicial economy to extend the
23  current deadlines by approximately nine months to allow the ongoing administrative process to
24  continue without interference from the litigation.
25       THEREFORE, subject to approval from this Court, it is hereby stipulated and agreed
26  among Plaintiff Western States Petroleum Association; Defendants California Occupational
27  Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara
28  Burgel, David Harrison, Nola Kennedy, Kathleen Crawford, California Environmental Protection

Agency, and Yana Garcia; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO, CLC, that the briefing and hearing schedule on the parties' cross-motions for summary judgment shall be extended by approximately nine months as follows:

1. November 3, 2023, for opening briefs to be filed;
2. December 4, 2023, for opposition briefs to be filed;
3. January 3, 2024, for reply briefs to be filed;
4. January 17, 2024, for the oral hearing.

IT IS SO STIPULATED.

Dated: January 4, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROB BONTA
　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　R. MATTHEW WISE
　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General


　　　　　　　　　　　　　　　　　　　　*/s/ Ryan R. Davis*
　　　　　　　　　　　　　　　　　　　　　RYAN R. DAVIS
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants California Occupational Safety and Health Standards Board; David Thomas; Chris Laszcz-Davis; Laura Stock; Barbara Burgel; David Harrison; Nola Kennedy; Kathleen Crawford California Environmental Protection Agency; Yana Garcia*

Dated: January 4, 2022　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP


　　　　　　　　　　　　　　　　　　　　*/s/ Peter S. Modlin*
　　　　　　　　　　　　　　　　　　　　　PETER S. MODLIN

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Western States Petroleum Association*

| | | |
|---|---|---|
| 1 | Dated:  January 4, 2022 | GILBERT & SACKMAN |
| 2 | | |
| 3 | | */s/ Michael D. Weiner* |
| 4 | |         MICHAEL D. WEINER |
| 5 | | *Attorneys for Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing,* |
| 6 | | *Energy, Allied Industrial, and Service Workers International Union, AFL-CIO,* |
| 7 | | *CLC* |