1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  RYAN R. DAVIS
   Deputy Attorney General
4  State Bar No. 266330
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 210-6050
     Fax:  (916) 324-8835
7    E-mail:  Ryan.Davis@doj.ca.gov
   *Attorneys for Defendants*
8
                   IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation, | Case No. 2:19-CV-1270 JAM DB |
| 12 | **ORDER RE: JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| 13                                    Plaintiffs, | |
| 14             v. | Judge:          Hon. John A. Mendez |
| 15  THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS | Trial Date:     Not Set Yet |
| 16  BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA | Action Filed:   July 9, 2019 |
| 17  STOCK, BARBARA BURGEL, DAVID HARRISON, NOLA J. KENNEDY, and | |
| 18  KATHLEEN CRAWFORD, in their Official Capacities, and THE CALIFORNIA | |
| 19  ENVIRONMENTAL PROTECTION AGENCY, together with its Secretary, YANA GARCIA, in | |
| 20  her official capacity, | |
| 21                                    Defendants. | |
| 22 | |
| 23  UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, | |
| 24  ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, | |
| 25                                    Intervenor. | |

26

27

28

Order on Case Schedule

1    The Court has received, read, and considered the joint stipulation to extend the case

2    schedule in the above-captioned case, submitted by and signed by counsel of record for Plaintiff

3    Western States Petroleum Association; Defendants California Occupational Safety and Health

4    Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, Barbara Burgel, David

5    Harrison, Nola Kennedy, Kathleen Crawford, California Environmental Protection Agency, and

6    Yana Garcia; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy,

7    Allied Industrial, and Service Workers International Union, AFL-CIO, CLC.

8    For good cause shown, the Court extends the briefing and hearing schedule for the parties'

9    cross-motions for summary judgment by approximately nine months as follows:

10   1.   November 3, 2023, for opening briefs to be filed;

11   2.   December 4, 2023, for opposition briefs to be filed;

12   3.   January 3, 2024, for reply briefs to be filed;

13   4.   January 17, 2024, for the oral hearing.

14

15   IT IS SO ORDERED.

16

17   Dated:  January 5, 2023                    /s/ John A. Mendez

18                                              THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28