1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESTERN STATES PETROLEUM ASSOCIATION, a California Not-for-profit Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE CALIFORNIA OCCUPATIONAL SAFETY AND HEALTH STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their Official Capacities, and THE CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, together with its Secretary, JARED BLUMENFELD, in his official capacity,**<br><br>Defendants. | Case No. 2:19-cv-01270-JAM-DB<br><br>**ORDER RE: STIPULATION TO CONTINUE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:            Hon. John A. Mendez<br>Trial Date:     Not Set Yet<br>Action Filed:  July 9, 2019 |
| **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,**<br><br>Intervenor. | |

1

The Court has received, read, and considered the joint stipulation to extend the case schedule in the above-captioned case, submitted by and signed by counsel of record for Plaintiff Western States Petroleum Association; Defendants California Occupational Safety and Health Standards Board, David Thomas, Chris Laszcz-Davis, Laura Stock, David Harrison, Nola Kennedy, Kathleen Crawford, California Environmental Protection Agency, and Yana Garcia; and Intervenor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO, CLC.

For good cause shown, the Court extends the briefing and hearing schedule for the parties' cross-motions for summary judgment by approximately nine months as follows:

1. August 3, 2024, for opening briefs to be filed;
2. September 4, 2024, for opposition briefs to be filed;
3. October 3, 2024, for reply briefs to be filed;
4. October 17, 2024, for the oral hearing.

**IT IS SO ORDERED**.

Dated:  August 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE