GIBSON, DUNN & CRUTCHER LLP
PETER S. MODLIN, SBN 151453
  pmodlin@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 941111-3715
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Plaintiff WESTERN STATES
PETROLEUM ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION, a California not-for-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>THE CALIFORNIA OCCUPATIONAL HEALTH AND SAFETY STANDARDS BOARD, together with its members, DAVID THOMAS, CHRIS LASZCZ-DAVIS, LAURA STOCK, BARBARA BURGEL, DAVID HARRISON, and NOLA J. KENNEDY, in their official capacities, and THE CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES, together with its Director, MARK GHILARDUCCI, in his official capacity.<br><br>            Defendants. | CASE NO. 2:19-cv-01270-DAD-SCR<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff Western States Petroleum Association ("WSPA") submits this response to the Court's August 7, 2024 Order to Show Cause. In its Order, the Court notes that the parties did not file cross motions for summary judgment by August 3, 2024, which they had previously requested the Court set as a deadline. The parties had made this request in order to permit more time to pursue settlement discussions. While Judge Mendez granted the parties' stipulation setting the August 3, 2024 deadline, by minute order dated August 22, 2023, Judge Mendez transferred the case and vacated all deadlines. WSPA and the State therefore understood that the August 3, 2024 summary judgment deadline was vacated by Judge Mendez.

Because the parties were making substantial progress towards settlement, they did not request a new summary judgment deadline. The parties recently have reached a settlement on the substantive claims in this case but are continuing to negotiate certain procedural issues that will be part of the settlement agreement, including the manner in which the present action will be disposed. We have conferred with counsel for the State, and the parties jointly propose that they provide a further report on the status of settlement no later than September 9, 2024.

DATED: August 13, 2024          GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Peter S. Modlin*
    Peter S. Modlin
    Attorneys for Plaintiff
    WESTERN STATES PETROLEUM
    ASSOCIATION

2
RESPONSE TO ORDER TO SHOW CAUSE
Case No. 2:19-cv-01270-DAD-SCR

Gibson, Dunn &
Crutcher LLP

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the above document with the Clerk of Court using CM/ECF, which will send electronic notifications of such filing to all registered counsel.

By:                                                                  /s/ Peter S. Modlin
                                                                          Peter S. Modlin